IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AARON OLIVER, | ) |
| PLAINTIFF, | ) |
| V. | ) CASE NO: CV-14-HGD-1712-S |
| ALLIANCE COLLECTION SERVICE, INC., | ) |
| DEFENDANT. | ) |

### JOINT STIPULATION OF DISMISSAL

COMES NOW the Plaintiff, by and through counsel, and the Defendant, by and through counsel, and respectfully request this Honorable Court to dismiss this case, with prejudice, costs taxed as paid. In support of this motion, the parties represent and amicable resolution has been reached as to the disputes between them, and no claims or controversies are pending.

WHEREFORE, PREMISES CONSIDERED, the parties respectfully request this Honorable Court to dismiss this case, with prejudice, costs taxed as paid.

Respectfully Submitted,

_____
John G. Watts
M. Stan Herring
Watts & Herring, LLC
301 19th Street North
Birmingham, Alabama 35203
*Attorneys for Plaintiff*

_____
Neal D. Moore, III
FERGUSON, FROST, MOORE & YOUNG, LLP
1400 Urban Center Drive, Suite 200
Birmingham, Alabama 35242
*Attorney for Defendant,*
*Alliance Collection Service, Inc.*

{W0407744.1}